IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03028-REB-KLM

JOSHUA M. BROWN,

    Plaintiff,

v.

BERTHOUD FIRE PROTECTION DISTRICT, a governmental entity of the State of Colorado, and
STEPHEN CHARLES, individually,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Motion to Amend Scheduling Order [Document 15]** [Docket No. 22; Filed May 9, 2013] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#22] is **GRANTED**.  The Scheduling Order entered on January 16, 2013 [#22] is modified to extend the following deadlines:

- Affirmative Expert Disclosure Deadline — **June 28, 2013**
- Deadline to Serve Written Discovery Requests — **July 17, 2013**
- Rebuttal Expert Disclosure Deadline — **July 26, 2013**
- Discovery Deadline — **August 20, 2013**
- Fed. R. Evid. 702 Motions Deadline — **August 20, 2013**

Dated:  May 14, 2013