**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-03028-REB-KLM

JOSHUA M. BROWN,

    Plaintiff,

v.

BERTHOUD FIRE PROTECTION DISTRICT, and
STEVEN CHARLES, an individual,

    Defendants.

---

**MINUTE ORDER**[1]

---

The matter is before the court on the **Verified Contested Motion For Reconsideration and Leave To File Plaintiff's Brief in Opposition To Summary Judgment and Cross-Motion For Partial Summary Judgment Out of Time** [#41] filed October 17, 2013. After reviewing the motion and the record, the court has concluded that the motion should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Verified Contested Motion For Reconsideration and Leave To File Plaintiff's Brief in Opposition To Summary Judgment and Cross-Motion For Partial Summary Judgment Out of Time** [#41] filed October 17, 2013, is **GRANTED**;

2. That plaintiff's **Contested Cross-Motion For Entry of Partial Summary Judgment** [#43] is accepted for filing;

3. That **Plaintiff's Brief in Opposition To Defendants' Motion For Summary Judgment** [#44] is accepted for filing; and

4. That if plaintiff wishes to withdraw **Plaintiff's Brief in Opposition To Defendants' Motion For Summary Judgment** [#42], he shall file a motion to withdraw this document.

Dated: October 21, 2013

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.