**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  12-cv-03028-REB-KLM

JOSHUA M. BROWN,

    Plaintiff,

v.

BERTHOUD FIRE PROTECTION DISTRICT, and
STEVEN CHARLES, an individual,

    Defendants.

**ORDER ADOPTING RECOMMENDATION OF
UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

    This matter is before me on the following: (1) the plaintiff's **Contested Motion to Amend Complaint** [#17][1] filed March 1, 2013; and (2) the corresponding **Recommendation of United States Magistrate Judge** [#30] filed July 15, 2013.  I approve and adopt the recommendation.

    No objections to the recommendation were filed. Thus, I review it only for plain error.  *See Morales-Fernandez v. Immigration & Naturalization Service*, 418 F.3d 1116, 1122 (10th Cir. 2005). After a thorough analysis, the magistrate judge reached conclusions and stated recommendations with which, after *de novo* review, I concur as a matter of fact and law.  Finding no error, much less plain error, in the recommended of the magistrate judge, I find and conclude that the recommendation should be approved

---

    [1]  "[#17]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

and adopted as an order of this court.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the **Recommendation of United States Magistrate Judge** [#30] filed July 15, 2013, is **APPROVED** and **ADOPTED** as an order of this court;

      2.  That the plaintiff's **Contested Motion to Amend Complaint** [#17] filed March 1, 2013, is **DENIED** to the extent the plaintiff seeks to assert a claim under 42 U.S.C. § 1983 against defendant, Stephen Charles, in his official capacity;

      3.  That otherwise, the plaintiff's **Contested Motion to Amend Complaint** [#17] filed March 1, 2013, is **GRANTED**, and the proposed **Amended Complaint** [#17-1] is accepted for filing and shall be treated as the operative complaint.

      Dated November 22, 2013, at Denver, Colorado.

                              **BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge