IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-03028-REB-KLM

JOSHUA M. BROWN,

     Plaintiff,

v.

BERTHOUD FIRE PROTECTION DISTRICT, a governmental entity of the State of
Colorado, and
STEVEN CHARLES, an individual,

     Defendants.

---

## FINAL JUDGMENT

---

This **Final Judgment** is entered pursuant to Fed. R. Civ. P. 58(a) and in

accordance with the **Order Concerning Motions for Summary Judgment** [#61]

entered by Judge Robert E. Blackburn on November 22, 2013, which order is

incorporated herein by this reference.

     **THEREFORE, IT IS ORDERED** as follows:

     1.  That FED. R. CIV. P. 56, the **Defendants' Motion for Summary Judgment**

[#32] filed August 30, 2013, is **GRANTED**;

     2.  That the plaintiff's **Contested Cross-Motion for Entry of Partial Summary**

**Judgment** [#43] filed October 17, 2013, is **DENIED** as moot;

     3.  That **JUDGMENT IS ENTERED** in favor of the defendants, Berthoud Fire

Protection District and Stephen Charles, against the plaintiff, Joshua M. Brown, on all

claims asserted in the operative complaint, the plaintiff's **Amended Complaint** [#17-1];

and

      4.  That the defendants are **AWARDED** their costs to be taxed by the Clerk of the

Court pursuant to Fed.R.Civ.P. 54(d)(1) and D.C.COLO.LCivR 54.1.

      DATED at Denver, Colorado, this 22nd day of November 2013.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By: s/Kathleen Finney
      Kathleen Finney
      Deputy Clerk